**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

_____

PARAMOUNT PICTURES CORPORATION,
a Delaware corporation, and WARNER BROS.
ENTERTAINMENT INC., a Delaware corporation,

                                                           Case No. 06-C-00301

        Plaintiffs,
 v.

TAMMY HUFFMAN,

        Defendant.
_____

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**
_____

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the motion pictures listed on Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall pay Plaintiffs' attorneys' fees and costs of suit herein in the amount of One Thousand Seven Hundred Thirty Dollars and Eight Cents ($1,730.08).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted motion pictures:

1. *House of Wax*;
2. *The Longest Yard; and*

any other motion picture, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate of Plaintiffs) ("Plaintiffs' Motion Pictures"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Motion Pictures, to distribute (i.e., upload) any of Plaintiffs' Motion Pictures, or to make any of Plaintiffs' Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: October 4, 2006  By: s/ Rudolph T. Randa
Hon. Rudolph T. Randa
United States District Judge